# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **REGINALD BOYER,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 23-CV-1192** |
| | : | |
| **DAVE BRUNO,** *et al.*, | : | |
| **Defendants.** | : | |

## <u>ORDER</u>

AND NOW, this 17th day of July, 2023, upon consideration of Plaintiff Reginald Boyer's

Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1), *pro se* Complaint (ECF No. 2),

and Motion to Appoint Counsel (ECF No. 3), it is **ORDERED** that:

1.  Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.  The Complaint is **DEEMED** filed.

3.  The Complaint is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §

1915(e)(2)(B)(i) and (ii) for the reasons in the Court's Memorandum.

4.  The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

_____

**JOEL H. SLOMSKY, J.**